# CLAIM CHART

## U.S. PATENT NO. 11,731,486 B2

| Claim 1 | '486 Patent | Corresponding Structure in Accused Systems – Bosch RideCare insight |
|---|---|---|
| [1a] | A control unit for monitoring and/or controlling the air quality of a vehicle cabin, the control unit comprising: | Bosch's RideCare insight system utilizes a sensor designed to be used in the cabin of a personal vehicle. This system delivers information concerning the state of the vehicle to the fleet operators. The information relayed by the device includes the level of smoke in the cabin of the vehicle, as well as any vehicle damage and harsh driving maneuvers.<br><br>Get real-time information about damage, smoke & harsh driving<br><br>Ensure smoke-free vehicles<br><br>Ensure smoke-free vehicles is achieved through RideCare insight, which can detect smoking inside the vehicle. Utilizing an algorithm, it furnishes a time stamp and duration for each smoking occurrence, serving as evidence that can be valuable in potential claims. |

| | | |
|---|---|---|
| [1b] | an input module configured to receive first sensing data indicative of sensed parameters of air within the cabin of the vehicle, wherein the first sensing data comprises data indicative of size, quantity and concentration of particulate matter in the cabin; | The Bosch RideCare insight monitor is a small device that must be plugged into a vehicle's 12V outlet. It relays data to the user, a fleet operator, who is monitoring the condition of the vehicle. The air quality monitor within the device can detect the density of harmful PM2.5 particles, which can be displayed via a time series data visualization. The air quality monitor plugs into a 12V outlet and uses suction to adhere to the windshield within view of the driver.<br><br> |

| | | |
|---|---|---|
| [1c] | processing module configured to process the first sensing data and to generate calculated cabin's air quality data, said calculated cabin's air quality data comprises smoking score indicative of levels of smoking residues or smoking smell being monitored in the cabin, wherein the calculated cabin's air quality data is indicative of the air quality in the cabin of the vehicle; and | Bosch's fleet operators utilize software to display a detailed view of the sensor's readings. The data, which is received via the sensor within the cabin, is then transferred to a cloud server that then outputs the data to the fleet operator's software for processing, viewing, and analysis.<br><br><br><br>The reading for hazardous PM2.5 particles, which are a component of cigarette smoke, is given in µg/m3, a measurement of mass per unit volume, a density measurement. This is a sort of smoking score that the fleet operator can use to determine how hazardous the cabin conditions were at particular times of vehicle operation. |

| [1d] | an output module for outputting the calculated cabin's air quality data; wherein said processing module is configured for analyzing temporal profile of the first sensing data, recognizing patterns therein indicative of smoking to determine said smoking score. | The air quality monitor measures the level of smoke in the cabin over time, sending the data on the concentration of harmful particles to the fleet operator monitoring the vehicle. Their view of the output module displays the concentration of PM2.5 particles over time, compared to the outside air quality. The data points on this time series data visualization will clearly showcase any smoking incidents as sharp spikes, which can then be hovered over to see the concentration of smoke at that time.<br><br>Ensure smoke-free vehicles<br><br>Ensure smoke-free vehicles is achieved through RideCare insight, which can detect smoking inside the vehicle. Utilizing an algorithm, it furnishes a time stamp and duration for each smoking occurrence, serving as evidence that can be valuable in potential claims.  |
|---|---|---|

